MARY E. MCALISTER
CA Bar No. 148570
(Local Counsel)
MATHEW D. STAVER*
Florida Bar No. 0701092
ERIK W. STANLEY*
Florida Bar No. 0183504
210 East Palmetto Avenue
Longwood, FL 32750
Telephone:(407) 875-2100
Telecopier:(407) 875-0770
Attorneys for Plaintiff

*Applications for Appearance Pro Hac Vice Pending

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CHILD EVANGELISM FELLOWSHIP OF BUTTE-TEHAMA-GLENN, <br><br> Plaintiff, <br><br> v. <br><br> DR. SCOTT BROWN, in his individual and official capacity as Superintendent of Chico Unified School District; RICK ANDERSON, in his individual and official capacity as President of the Board of Education of the Chico Unified School District; RICK REES, in his individual and official capacity as Vice President of the Board of Education of the Chico Unified School District; SCOTT HUBER, in his individual and official capacity as Member of the Board of Education of the Chico Unified School District; ANTHONY WATTS, in his individual and official capacity as Clerk of the Board of Education of Chico Unified School District; JANN REED, in her individual and official capacity as Member of the Board of Education of the Chico Unified School District, <br><br> Defendants. | Docket No. 2:05-cv-00939 MCE-CMK <br><br> Judge Morrison C. England, Jr. <br><br> Stipulation and Order for Dismissal |

1   It is hereby stipulated by and between the parties to this litigation, through their attorneys of
2   record, that this entire action has been settled by agreement among the parties with that agreement
3   to be separately memorialized by a Release and Settlement Agreement, a copy of which is attached
4   to this Stipulation and Order, marked as Exhibit A and incorporated by reference. ~~The court will~~
5   ~~retain jurisdiction over this settlement to enforce compliance with the terms of the Release and~~
6   ~~Settlement Agreement.~~
7   As part of that settlement, it is stipulated that this entire action shall be dismissed with
8   prejudice, with all parties to bear their own costs and attorneys' fees (including but not limited to
9   such fees recoverable pursuant to California and Federal law and including but not limited to fees
10  pursuant to 42 USC Sec. 1988).
11  This stipulation may be executed in counterpart, and a faxed signature shall be deemed as
12  valid as an original.
13  **IT IS SO STIPULATED.**

15  DATED: _7/20/05_          LIBERTY COUNSEL

17                                      /s/
                            By _____
18                              Mary E. McAlister, Esq.
                                Attorneys for Plaintiff (original signature retained by attorney)

22  DATED: _7/6/05__          LAW OFFICE OF GREGORY P. EINHORN
                                        /s/
23                          By _____
                                Gregory P. Einhorn
24                              Attorney for Defendants Dr. Scott Brown, Rick Anderson,
                                Rick Rees, Scott Huber, Anthony Watts and Jann Reed.
25                              (original signature retained by attorney)

# ORDER

The parties having stipulated and good cause appearing,

IT IS ORDERED that this entire action be and hereby is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees (including but not limited to such fees recoverable pursuant to California and Federal law and including but not limited to fees pursuant to 42 USC Sec. 1988).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE